

AUG 1 9 2015

AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN THE MATTER OF THE | : | CASE NO. **15-1607SAG** |
| APPLICATION FOR A SEARCH | : | |
| WARRANT AUTHORIZING THE | : | to |
| COLLECTION OF CERTAIN DNA | : | **15-1615SAG** |
| SAMPLES | : | |

### AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT AUTHORIZING THE COLLECTION OF DNA SAMPLES

Bradley Hood, a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, states:

### INTRODUCTION / AGENT BACKGROUND

1.      I am an "investigative or law enforcement officer of the United States" within the meaning of § 2510(7) of Title 18, United States Code (U.S.C.), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 U.S.C. § 922.

2.      I have been assigned as a TFO with the ATF since 2014. I have been a Police Officer with the Baltimore Police Department ("BPD") for 7 years. Since I have been in law enforcement, I have participated in investigations regarding firearms, including violations of Title 18 U.S.C. § 922 and Title 18 U.S.C. § 924, and violent crime, including violations of Title 18 U.S.C. § 2119. I have participated in the recovery of illegal items to include, but not limited to: firearms, clothing and disguises, narcotics, narcotics packaging and paraphernalia, and financial proceeds related to criminal activity. I am currently assigned to a Federal Task Force that investigates firearms, narcotics trafficking, violent crimes, and related offenses. Through my training and experience, I have become familiar with the manner in which firearms violations

1

are committed and concealed. I also generally know that Deoxyribonucleic Acid ("DNA") can be found on items such as clothing and firearms and can be compared to a sample of DNA from a known person.

3.      This affidavit is being submitted in support of an application for a search warrant to obtain samples of DNA for comparison purposes in the form of saliva and this evidence is sought in relation to an investigation of violations of Title 21 U.S.C. § 841 (possession with the intent to distribute controlled substances and Title 18 U.S.C. § 922 (possession of a firearm by a person previously convicted of a felony). The saliva being sought would be seized from the following individuals (booking photographs are attached as Exhibits 1 through 9 to this Affidavit):

a.      Sherri **JORDAN**, (See Exhibit 1) a female born in the year 1987, having been assigned an FBI number ending in 0LC4, and currently being held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, which is in the District of Maryland;

b.      Darren **BROWN**, (See Exhibit 2) a male born in the year 1990, having been assigned an FBI number ending in 5AD0, and currently being held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, which is in the District of Maryland;

c.      Barak **OLDS**, (See Exhibit 3) a male born in the year 1989, having been assigned an FBI number ending in 9LC5, and currently being held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, which is in the District of Maryland;

d.      Gerald **REED**, (See Exhibit 4) a male born in the year 1996 and having

been assigned an FBI number ending in 1HH3;

      e.     Tavon **HOWARD** a/k/a Tavon GREEN, (See Exhibit 5) a male born in the year 1993, having been assigned an FBI number ending in 2ED4, and currently being held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, which is in the District of Maryland;

      f.     Daries **LEGETTE** a/k/a Daris LEGETTE, (See Exhibit 6) a male born in the year 1993, having been assigned an FBI number ending in 1ED5 and currently being held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, which is in the District of Maryland;

      g.     Artez **HARRIS**, (See Exhibit 7) a male born in the year 1976 and having been assigned an FBI number ending in 7AB5. A booking photograph is attached as Exhibit 7 to this Affidavit, and currently being held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, which is in the District of Maryland;

      h.     David **WARREN**, (See Exhibit 8) a male born in the year 1992, having been assigned an FBI number ending in 8NC4, and currently being held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, which is in the District of Maryland;

      i.     Ricky **EVANS**, (See Exhibit 9) a male born in the year 1980, having been assigned an FBI number ending in 6KB4, and currently being held at the Baltimore City Detention Center, located at 401 East Eager Street, Baltimore, Maryland, 21202, which is in the District of Maryland.

      4.     Because this affidavit is being submitted for the limited purpose of establishing probable cause for a search warrant, I have not included every detail of every aspect of the

3

investigation.  Rather, I have set forth only those facts that I believe are necessary to establish probable cause.  I have not, however, excluded any information known to me that would defeat a determination of probable cause.  The information contained in this Affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals.  All conversations and statements described in this Affidavit are related in substance and in part unless otherwise indicated.

### PROBABLE CAUSE

5.    I have probable cause to believe that, on or about July 13, 2015, Sherri JORDAN and eight other individuals were detained by the Baltimore Police Department as part of an armed robbery investigation. Detectives obtained a search warrant for 2312 East Monument Street, the location of Safe Streets, a community based anti-violence program, and recovered multiple firearms, suspected heroin, paraphernalia used for the distribution of heroin and crack cocaine, cellular phones, and various other items. The collection of DNA from JORDAN, BROWN, OLDS, REED, HOWARD a/k/a GREEN, LEGETTE, HARRIS, WARREN, and EVANS (collectively hereinafter the **SUBJECT INDIVIDUALS**) is necessary for the comparison of DNA recovered from the firearms to determine further ownership. Two of the handguns recovered were stolen.  One of the handguns had been used in a non-fatal shooting the day before recovery; as well as, two other acts of violence.

6.     On July 13, 2015, at approximately 2:45 a.m., a BPD officer observed a gray Infinity SUV bearing Maryland Registration 1BY5844 parked and unoccupied in front of 2312 East Monument Street.  Said vehicle was noteworthy because minutes earlier the description of a similar vehicle had been broadcasted over the police radio.  Specifically the suspect vehicle had been used in an armed robbery that had occurred nearby.  Approximately one minute later, three

4

individuals started to exit the front door of 2312 East Monument Street. The individuals looked directly at the officer and then quickly shut the door and ran back inside of the location and up the interior stairs of the building to the second floor.

7.      The second floor of 2312 East Monument Street is an office utilized by a Baltimore City funded non-profit program referred to as "S.A.F.E. Streets." The officer knew from working in the area that the office is not open/operated 24 hours/day. The officer then saw through the second floor windows multiple individuals peeking through the window blinds, and saw them running frantically back and forth in the office space. The officer called for other officers to assist in securing the location and further investigation.

8.      The backup officers arrived and opened the front exterior door. The officers announced themselves as police and ordered individuals inside to come out of the building. Ricky **EVANS**, Sherri **JORDAN**, Barak **OLDS**, and Darren **BROWN** complied and exited the building. **EVANS** identified himself as an employee of S.A.F.E. Streets and was wearing an identification card. **EVANS** initially told the officers that no other individuals were inside. A few minutes later further investigation led to Daries **LEGETTE**, Gerald **REED**, Tavon **HOWARD**, Artez **HARRIS**, and David **WARREN** walking down from the S.A.F.E. Streets Office and presenting themselves to police.

9.      The victim from the armed robbery at 900 East Monument Street was transported to 2312 East Monument Street where he identified Barak **OLDS** and Darren **BROWN** as the individuals who had robbed him at gunpoint. The victim also stated that the Infinity SUV was the vehicle used in the robbery. The Infinity SUV is registered with the Maryland Motor Vehicle Administration (MVA) to Towanda Eason-**EVANS** who identified herself as the wife of Ricky **EVANS**.

10.     The officers believed that other individuals may still have been inside of the location. A BPD K-9 handler arrived and assisted in searching the building for individuals who may have continued to hide inside the building. The K-9 has been certified in the detection of explosives and firearms. While clearing the building the K-9 gave indications of a positive alert to a large cabinet in the S.A.F.E. Streets Office. The cabinet was cleared and Officers observed a Taurus .357 caliber revolver, Serial # NC922803, loaded with six live rounds; and a .25 caliber Beretta handgun, Serial # BT69921V, loaded with one live round in the chamber and two live rounds inside of the magazine. They also observed (4) black extended magazines containing (28) 9 mm live rounds, and (2) .40 caliber live rounds. Police Officers recovered the handguns and continued to clear the building. No other individuals were found inside the location.

11.     The location was then secured pending the issuance of a search warrant and all of the above mentioned individuals were detained and transported to the Eastern District. They were then transported to the BPD Homicide offices and interviewed by Homicide Detectives.

12.     A search and seizure warrant was signed by a Judge of the District Court of Maryland for Baltimore City for 2312 East Monument Street Baltimore, Maryland. At approximately 5:00 p.m. the search warrant was executed.

13.     A search of the location was conducted and the following items were seized: (1) tan plastic bag containing box of .40 caliber cartridges; (1) black book bag containing tan bag with sifters, quick capper, cutting agents (items used to prepare heroin for street level distribution); (1) navy/blue book bag containing gelatin capsules (packaging materials used to package heroin for street level distribution); (1) clear plastic bag containing (5) plastic bags with white powdery substance cutting agent; (2) tied bags with tan powder substance of approximately 10 grams of suspected heroin; (1) small tied plastic bag cutting agent; (1)

6

prescription bottle containing white powder cutting agent; (3) scales with residue suspected heroin; plastic bag containing empty gelatin capsules (packaging materials); black, blue and red back pack containing cutting agents and blender with residue suspected heroin; (1) plastic bag with residue suspected heroin; mail in the name of David Fitzgerald; documents; photos; gun oil; empty box of .40 caliber ammunition; black bowl containing (5) bags of gelatin capsules packaging materials; black taser; poster/maps; (450) gelatine capsules containing a tan powder substance of suspected heroin; (1) orange paper containing a white substance of suspected cocaine; (1) small clear bag containing a white rock substance of suspected cocaine; (1) small clear bag containing a green plant substance of suspected marijuana;  (2) Clear ziplock bag containing small pink (empty) ziplock bags used for packaging crack cocaine.

14.    The following cellular phones were seized from the location: (1) white iPhone Model A1532 FCC ID: BCG-E2644A; IMEI: 013788006617059; (1) Black ZTE cellular phone Model ZTEN9130; FCC ID: SRQ-ZTEN9130; MEIC DEC: 256 691534 809 733 681. The following handguns and live ammunition were recovered from the office space "drop-style" ceiling of the office space: (1) Beretta 9mm Model 92F, Serial # D57238Z, semi-automatic handgun containing (1) live 9mm round in the chamber and (12) live Luger 9mm rounds in the magazine; (1) Smith and Wesson 9mm semi-Automatic handgun, Serial # SAA4786 loaded with (1) live 9mm Luger round in the chamber, and (13) in the magazine; (1) Smith and Wesson 9mm, Serial # SAA4786, semi-automatic handgun loaded with (1) live 9mm Luger round in the chamber and (13) live 9mm rounds in the magazine; (1) Taurus PT99 9mm, Serial # TMJ19903D, semi-automatic handgun loaded with (1) live 9mm round in the chamber and (14) live 9mm rounds in the magazine; (1) Ruger Model P95DC semi-Automatic handgun, Serial # 313-79693, loaded with (1) live 9mm round in the chamber, and (26) live 9mm rounds inside of

an extended magazine; (1) Springfield Armory 9mm semi-Automatic handgun, Serial # US974710. The above evidence was submitted to BPD's Evidence Control Unit by the BPD.

15.     A stolen records review revealed that the 9mm Smith and Wesson handgun serial# SAA4783 was stolen from Georgia Peach County on October 4, 2013. The 9mm Ruger handgun serial# 31379693 was stolen from Baltimore City during a burglary at 2210 Aiken Street on July 25, 2014. A BPD Firearms Examiner determined that the Ruger semi-automatic handgun had been used in a non-fatal shooting on July 12, 2015, the day prior to its recovery, at 2300 Aiken Street. Examination also revealed that the handgun had been used in a July 2, 2015 non-fatal shooting and another incident on April 26, 2015. The firearms and other items were submitted for latent print analysis and to be swabbed for DNA by the BPD Crime Labratory.

## REQUEST FOR A SEARCH WARRANT

16.     Given the facts set forth above, I believe that some or all of the **SUBJECT INDIVIDUALS** have committed violations of Title 21 U.S.C. § 841 (possession with the intent to distribute controlled substances and Title 18 U.S.C. § 922 (possession of a firearm by a person previously convicted of a felony. As such, I respectfully request that this Court find probable cause that evidence of the aforementioned criminal violations is contained in the form of DNA in saliva of the **SUBJECT INDIVIDUALS** identified above, who are present in the District of Maryland, so that the DNA sample may be compared to evidence collected during the course of this investigation and mentioned above.

WHEREFORE, I respectively request that the Court issue a warrant authorizing members of the ATF, or their authorized representatives, including but not limited to other law enforcement agents assisting in the above-described investigation, to obtain DNA samples from the above **SUBJECT INDIVIDUALS**.

Bradley Hood, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to before me this _____ day of August, 2015

Stephanie A. Gallagher
United States Magistrate Judge

9

**Exhibit 1**



**Sherri JORDAN**

**Exhibit 2**



**Darren BROWN**

## Exhibit 3



**Barak OLDS**

**Exhibit 4**



**Gerald REED**

**Exhibit 5**



**Tavon HOWARD a/k/a Tavon GREEN**

Exhibit 6



**Daries LEGETTE a/k/a Daris LEGETTE**

## Exhibit 7



**Artez HARRIS**

Exhibit 8



**David WARREN**

**Exhibit 9**



**Ricky EVANS**